# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Douglas Lee Harville
Louisiana Appellate Project
400 Travis St., Suite 1702
Shreveport LA 71101

**REHEARING ACTION: April 22, 2015**

**Docket Number: 14   00997-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JOHNNY LEE HARRIS**

**Appealed from St. Landry Parish Case No. 09-K-2779-A**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Johnny Lee Harris** has this day been

> **DENIED.**
> Thibodeaux, J., would grant the rehearing.

cc: Earl B. Taylor, Counsel for the Appellee
    Jennifer Ardoin, Counsel for the Appellee